JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD BANKS,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commisioner of Social Security,<br><br>   Defendant. | Case No. CV 16-7777-RSWL (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 2/27/17

s/ RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
United States District Judge